UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
J VEGA SANTIAGO CONTRACTOR, § Case No. 12-05295 EAG
INC.
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  NOREEN WISCOVITCH-RENTAS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____ By:/s/NOREEN WISCOVITCH-RENTAS_____
                                                               Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PR ASSET PORTFOLIO 2013-1 INT,LLC | | | | | |
| 000005 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS, TRUSTEE | | | | | |
| NOREEN WISCOVITCH-RENTAS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | CRIM | | | | | |
| 000010A | DEPARTMENT OF TREASURY- | | | | | |
| 000006A | PUERTO RICO DEPARTMENT OF LABOR | | | | | |
| 000001 | STATE INSURANCE FUND CORP | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-1 PRTABLE TOILET PO BOX 7569 PONCE, PR 00732 | | | | | |
| | ALEX RAMOS LORENZO JARD. DE SALINAS A-13 CALLE ROLANDO QUIN SALINAS, PR 00751 | | | | | |
| | AT&T MOBILITY PO BOX 537104 ATLANTA, GA 30353-7104 | | | | | |
| | CANTERA MONSEGUR PO BOX 372 SABANA GRANDE, PR 00637 | | | | | |
| | CASCO RENTAL PO BOX 366279 SAN JUAN, PR 00936 | | | | | |
| | CFSE APARTADO 1570 MAYAGUEZ, PR 00681 | | | | | |
| | CINGULAR PO Box 15067 SNA JUAN, PR 00919 | | | | | |
| | COMERCIAL TORO APARTADO 756 CABO ROJO, PR 00623 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CORP. FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936 | | | | | |
| | CPA ISRAEL DOMINICCI PO BOX 2128 Mayaguez, PR 00681 | | | | | |
| | Comercial DON BENJA HC-03 BOX 27150 LAJAS, PR 00667 | | | | | |
| | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES PHILADELPHIA, PA 19154-0030 | | | | | |
| | GLIDDEN GPO BOX 6273 SAN JUAN, PR 00936 | | | | | |
| | GOBIERNO MUNICIPAL DE SABANA GRANDE APARTADO 356 SABANA GRANDE, PR 00637 | | | | | |
| | IRS-MERCANTIL PLAZA BUILDING 2 PONCE DE LEON AVENUE SUITE 1014 SAN JUAN, PR 00918 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC NAVARRO PO BOX 1569 BOQUERON, PR 00622 | | | | | |
| | JULIO SEPULVEDA HC-09 BOX 4629 SABANA GRANDE, PR 00637 | | | | | |
| | MUNICIPIO DE LAJAS P.O. Box 910 LAJAS, PR 00667 | | | | | |
| | NATIONAL LUMBER PO BOX 190839 SAN JUAN, PR 00919 | | | | | |
| | NICOLAS GELABERT URB. HACIENDA FLORIDA CALLE JAZMIN 689 YAUCO, PR 00698 | | | | | |
| | PAGINAS AMARILLAS PO BOX 70373 SAN JUAN, PR 00936 | | | | | |
| | PIS PO BOX 3193 VEGA ALTA, PR 00692 | | | | | |
| | PUNTA ARENA CONCRETE HC-02 BOX 19505 CABO ROJO, PR 00673 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RODRIGUEZ ELECTRIC | | | | | |
| | SERVICIO DE IMPUESTOS INTERNOS 475 AVE HOSTOS STE 207 MAYAGUEZ, PR 00680 | | | | | |
| | TOYOTA CREDIT DE PUERTO RICO CORPORATION PO BOX 366251 SAN JUAN, PR 00936 | | | | | |
| | Us Department Of Labor OSHA Coordinator For International Affairs Occupational 200 Constitution Avenue Washington, DC 20210 | | | | | |
| 000008 | ACE CONSTRUCTION | | | | | |
| 000003 | BANCO POPULAR DE PUERTO RICO | | | | | |
| 000009B | CRIM | | | | | |
| 000010B | DEPARTMENT OF TREASURY | | | | | |
| 000004 | HQJ PLUMBING | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006B | PR DEPARTMENT OF LABOR | | | | | |
| 000007 | PR WIRE GROUP | | | | | |
| 000011 | CON WASTE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-05295 EAG | Judge: Edward A. Godoy | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | | 341(a) Meeting Date: | 08/09/12 |
| For Period Ending: | 11/25/14 | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY   LAND LOTE 4779.9500 Square meters LOCATED AT: BO MACHUCHAL SABANA GRANDE PR, 00637   Lot has liens with the IRS. | 38,000.00 | 0.00 | OA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS   DORAL BANK XXXXXX3435 | 1,500.00 | 1,365.94 | | 1,365.94 | FA |
| 3. ACCOUNTS RECEIVABLE   4 CASAS MUNICIPIO SABANA GRANDE Apartado 356 SABANA GRANDE PR, 00637   Banco Popular has lien on this Account receivable. Trustee will abandon. August 16, 2012 | 45,429.67 | 0.00 | OA | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE   HERIBERTO SANCHEZ   PMB 388   Po Box 5075   San German ,PR 00683   Amount owed at time of petition is $24,419 and not $27419.00 | 27,419.00 | 24,419.00 | | 24,419.00 | FA |
| 5. ACCOUNTS RECEIVABLE   MAUSOLEO LAJAS | 77,438.32 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-05295 EAG | Judge: Edward A. Godoy | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | | 341(a) Meeting Date: | 08/09/12 |
| | | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| This is liened by Banco Popular. | | | | | |
| 6. VEHICLES<br>2005 FORD F150 REGULAR CAB | 7,447.00 | 4,000.00 | | 4,000.00 | FA |
| 7. VEHICLES<br>DIGGER CATERPILAR 416D | 25,000.00 | 18,600.00 | | 18,600.00 | FA |
| 8. VEHICLES<br>MOBILE OFFICE OF 20 FEET<br><br>Banco Popular has a lien on this property. August 18, 2012.<br><br>Trustee agreed with Banco Popular as to distribution of proceeds. | 7,000.00 | 0.00 | | 3,000.00 | FA |
| 9. OFFICE EQUIPMENT<br>OFFICE EQUIPMENT<br><br>This property is subject to a lien with Banco Popular. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 10. CASH (u)<br>This money was held by Debtor's principals in various Certified checks. | 0.00 | 13,151.89 | | 13,151.89 | FA |
| 11. ACCOUNTS RECEIVABLE (u)<br>refund related to form 941 of 12/2008 | 0.00 | 11,325.11 | | 11,325.11 | FA |

LFORM1  Ver: 18.03a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: 12-05295 EAG Judge: Edward A. Godoy | Trustee Name: NOREEN WISCOVITCH-RENTAS |
| Case Name: J VEGA SANTIAGO CONTRACTOR, INC. | Date Filed (f) or Converted (c): 07/03/12 (f) |
| | 341(a) Meeting Date: 08/09/12 |
| | Claims Bar Date: 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 181.89 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $232,233.99 | $72,861.94 | | $76,043.83 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Checks cut. October 10, 2014, 02:38 pm

TFR and NFR submitted to UST. August 20, 2014, 01:37 pm

Trustee pursue balance of account receivable owed by counsel. April 30, 2014, 02:10 pm

Notice of abandonment filed and Objection to claims. Trustee still collecting on account receivable. December 20, 2013, 09:48 pm

Realty to be listed with Auction company to obtain offers. Continue attempt to collect on account receivables. March 11, 2013, 09:31 pm

TRustee continues to administer the realty and collecting on account receivable. January 09, 2013, 09:21 pm

Notice of sale filed. October 30, 2012, 06:31 pm

TRustee to administer certain account receivables and equipment no subject to Banco Popular's lien. August 15, 2012, 10:39 pm

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

/s/   NOREEN WISCOVITCH-RENTAS
_____   Date: 11/25/14
NOREEN WISCOVITCH-RENTAS

LFORM1     UST Form 101-7-TDR (5/1/2011) (Page: 13)     Ver: 18.03a

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05295 -EAG | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | Bank Name: | BANCO SANTANDER |
| | | Account Number / CD #: | *******5189 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/12 | 2 | Doral Bank | Closed Bank Account | 1129-000 | 1,365.94 | | 1,365.94 |
| 07/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.02 | | 1,365.96 |
| 08/09/12 | 4 | Heriberto A. Sanchez PMB 388 P.O. Box 5075 San German, PR 00683 | Account Receivables Amount Still owed. $24,000 | 1121-000 | 3,000.00 | | 4,365.96 |
| 08/10/12 | 10 | Doral Bank | Closed accoounts this check was in debtor possession and came from debtor's account at doral bank. | 1221-000 | 4,526.89 | | 8,892.85 |
| 08/10/12 | 10 | Doral Bank | Closed Bank Account this check was in debtor possession and came from debtor's account at doral bank. | 1221-000 | 4,798.21 | | 13,691.06 |
| 08/10/12 | 10 | Doral Bank | Closed accounts this check was in debtor possession and came from debtor's account at doral bank. | 1221-000 | 3,826.79 | | 17,517.85 |
| 08/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 1.10 | | 17,518.95 |
| 09/28/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 1.36 | | 17,520.31 |
| 10/02/12 | 11 | United States Treasury | Account Receivables | 1221-000 | 11,325.11 | | 28,845.42 |
| 10/05/12 | 4 | Heriberto Sanchez PMB 388 P.O. Box 5075 San German, PR 00683 | Account Receivables Month of October 2012. | 1121-000 | 3,000.00 | | 31,845.42 |
| 10/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 2.74 | | 31,848.16 |
| 11/13/12 | 6 | MR CASH FOOD WAREHOUSE INC 18 CALLE PRINCIPAL MOROVIS, PR 00687 | Sale of Debtor's Personal Property | 1122-000 | 4,000.00 | | 35,848.16 |
| 11/26/12 | | INTERNATIONAL SURETIES LTD SUITE 420 | Trustee's Bond Prorated Trustee's Blanket Bond. | 2300-000 | | 63.44 | 35,784.72 |

Page Subtotals  35,848.16  63.44

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05295 -EAG | | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | | Bank Name: | BANCO SANTANDER |
| | | | Account Number / CD #: | *******5189 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS ST NEW ORLEANS LA 70139 | Per request for authorization of Bond Payment Dkt. No. 27 approved Dkt. No. 32 | | | | |
| 11/30/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 2.85 | | 35,787.57 |
| 12/12/12 | 4 | HERIBERTO A SANCHEZ PMB 388 PO BOX 5075 SAN GERMAN, PR 00683 | Account Receivables | 1121-000 | 3,000.00 | | 38,787.57 |
| 12/17/12 | 8 | Ovidio Ortiz | Sale of Debtor's Personal Property | 1129-000 | 3,000.00 | | 41,787.57 |
| 12/17/12 | 7 | Orlando Rodriguez Vega | Sale of Debtor's Personal Property | 1129-000 | 18,600.00 | | 60,387.57 |
| 12/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 4.13 | | 60,391.70 |
| 01/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.20 | | 60,396.90 |
| 02/28/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 4.70 | | 60,401.60 |
| 03/29/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 4.87 | | 60,406.47 |
| 04/05/13 | 4 | HERIBERTO A SANCHEZ PMB 388 PO BOX 5075 SAN GERMAN, PR 00683 | Account Receivables | 1121-000 | 3,000.00 | | 63,406.47 |
| 04/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.59 | | 63,412.06 |
| 05/20/13 | 4 | HERIBERTO A SANCHEZ PMB 388 PO BOX 5075 SAN GERMAN, PR 00683 | Account Receivables | 1141-000 | 3,000.00 | | 66,412.06 |
| 05/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.46 | | 66,417.52 |
| 06/28/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.12 | | 66,422.64 |
| 07/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 6.09 | | 66,428.73 |
| 08/13/13 | 4 | HERIBERTO A SANCHEZ PMB 388 PO BOX 5075 | Account Receivables Deposit sent by mail. | 1121-000 | 3,000.00 | | 69,428.73 |

| | | | Page Subtotals | | 33,644.01 | 0.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05295 -EAG | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | Bank Name: | BANCO SANTANDER |
| | | Account Number / CD #: | *******5189 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SAN GERMAN, PR 00683 | | | | | |
| 08/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.64 | | 69,434.37 |
| 09/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.98 | | 69,440.35 |
| 10/01/13 | | INTERNATIONAL SURETIES, LTD. | Trustee's Bond | 2300-000 | | 166.33 | 69,274.02 |
| | | 701 Poydras Street | Prorated Trustee's Blanket Bond. | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | Per request for authorization of Bond Payment Dkt. | | | | |
| | | | No.43 approved Dkt. No. 44 | | | | |
| 10/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.97 | | 69,279.99 |
| 11/27/13 | 4 | HERIBERTO A SANCHEZ | Account Receivables | 1121-000 | 3,419.00 | | 72,698.99 |
| | | PMB 388 | Deposit sent by mail. | | | | |
| | | PO BOX 5075 | | | | | |
| | | SAN GERMAN, PR 00683 | | | | | |
| 11/29/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.58 | | 72,704.57 |
| 12/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 6.37 | | 72,710.94 |
| 01/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 6.26 | | 72,717.20 |
| 02/28/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 5.66 | | 72,722.86 |
| 03/11/14 | | Transfer to Acct #*******8836 | Bank Funds Transfer | 9999-000 | | 70,000.00 | 2,722.86 |
| | | | Transfer requested to increase the interest earned on | | | | |
| | | | Estate Funds. | | | | |
| 03/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 2.18 | | 2,725.04 |
| 04/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.23 | | 2,725.27 |
| 05/27/14 | 4 | HERIBERTO A SANCHEZ | Account Receivables | 1121-000 | 3,000.00 | | 5,725.27 |
| | | PMB 388 | | | | | |
| | | PO BOX 5075 | | | | | |
| | | SAN GERMAN, PR 00683 | | | | | |
| 05/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.23 | | 5,725.50 |
| 06/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.03 | | 5,725.53 |
| 08/22/14 | | Transfer to Acct #*******8836 | Bank Funds Transfer | 9999-000 | | 5,725.53 | 0.00 |

Page Subtotals     6,463.13     75,891.86

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05295 -EAG | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| --- | --- | --- | --- |
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | Bank Name: | BANCO SANTANDER |
| | | Account Number / CD #: | *******5189 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/14 | | Transfer from Acct #*******8836 | This transfer was in error. The account that should had been closed was the 400 account and all the funds transferred to the 300 account. Corrected on 9-10-14. Bank Funds Transfer | 9999-000 | 75,814.06 | | 75,814.06 |
| 10/10/14 | 000301 | NOREEN WISCOVITCH-RENTAS, Trustee PMB #136 400 Kalaf Street SAN JUAN, PR 00918 | Chapter 7 Compensation/Fees | 2100-000 | | 7,052.19 | 68,761.87 |
| 10/10/14 | 000302 | NOREEN WISCOVITCH-RENTAS, Trustee PMB #136 400 Kalaf Street SAN JUAN, PR 00918 | Chapter 7 Expenses | 2200-000 | | 854.50 | 67,907.37 |
| 10/10/14 | 000303 | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia, PA 19101-7317 | Claim 000005, Payment 54.33051% | 4300-000 | | 67,907.37 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 151,769.36 | 151,769.36 | 0.00 |
| Less: Bank Transfers/CD's | 75,814.06 | 75,725.53 | |
| Subtotal | 75,955.30 | 76,043.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 75,955.30 | 76,043.83 | |

Page Subtotals  75,814.06  75,814.06

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-05295 -EAG | | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| --- | --- | --- | --- | --- |
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | | Bank Name: | BANCO SANTANDER |
| | | | Account Number / CD #: | *******8836 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/14 | | Transfer from Acct #*******5189 | Bank Funds Transfer | 9999-000 | 70,000.00 | | 70,000.00 |
| | | | Transfer requested to increase the interest earned on Estate Funds. | | | | |
| 03/25/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 7.19 | | 70,007.19 |
| 04/23/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 13.43 | | 70,020.62 |
| 04/30/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 3.84 | | 70,024.46 |
| 05/30/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 14.39 | | 70,038.85 |
| 06/30/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 14.87 | | 70,053.72 |
| 07/31/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 14.87 | | 70,068.59 |
| 08/22/14 | | Transfer from Acct #*******5189 | Bank Funds Transfer | 9999-000 | 5,725.53 | | 75,794.12 |
| | | | This transfer was in error. The account that should had been closed was the 400 account and all the funds transferred to the 300 account. Corrected on 9-10-14. | | | | |
| 08/29/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 14.23 | | 75,808.35 |
| 09/10/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | 5.71 | | 75,814.06 |
| 09/10/14 | | Transfer to Acct #*******5189 | Bank Funds Transfer | 9999-000 | | 75,814.06 | 0.00 |

|  |  | COLUMN TOTALS | 75,814.06 | 75,814.06 | 0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less: Bank Transfers/CD's | 75,725.53 | 75,814.06 | |
|  |  | Subtotal | 88.53 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 88.53 | 0.00 | |

| | | | NET | ACCOUNT |
| --- | --- | --- | --- | --- |
| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | BANCO - MONEY MARKET ACCOUNT - *******5189 | 75,955.30 | 76,043.83 | 0.00 |
| | BANCO - MONEY MARKET ACCOUNT - *******8836 | 88.53 | 0.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 76,043.83 | 76,043.83 | 0.00 |
| | | ============ | ============ | ============ |

| | Page Subtotals | 75,814.06 | 75,814.06 |
| --- | --- | --- | --- |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 12-05295 -EAG | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | J VEGA SANTIAGO CONTRACTOR, INC. | Bank Name: | BANCO SANTANDER |
| | | Account Number / CD #: | *******8836  BANCO - MONEY MARKET |
| Taxpayer ID No: | *******5056 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 21,172,438.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*